UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    David A Beauchamp  
    Audrey G Beauchamp  
    Debtor(s)

Case No. 13-18278

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2013.

2) The plan was confirmed on 08/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/12/2016.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,400.00.

10) Amount of unsecured claims discharged without payment: $7,708.19.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $12,667.00 |
| Less amount refunded to debtor | $169.65 |

**NET RECEIPTS:** $12,497.35

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,781.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $509.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,290.11

Attorney fees paid and disclosed by debtor:     $719.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE HOME MEDICAL | Unsecured | 20.00 | 563.06 | 563.06 | 563.06 | 0.00 |
| AMCA | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM F | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERINATIONAL MANAGEMENT SE | Unsecured | 672.50 | NA | NA | 0.00 | 0.00 |
| AMG ILLINOIS LTD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AR RESOURCES | Unsecured | 295.80 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 417.43 | 417.43 | 417.43 | 0.00 |
| BONE AND JOINT INSTITUTE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 480.73 | NA | NA | 0.00 | 0.00 |
| CENTER FOR CHILDRENS DIGESTIVE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,468.41 | 849.07 | 849.07 | 849.07 | 0.00 |
| COMCAST | Unsecured | 322.98 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 2,523.79 | 123.65 | 123.65 | 123.65 | 0.00 |
| CONSUMERS COOPERATIVE CU | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 0.00 | 1,652.49 | 1,652.49 | 1,652.49 | 0.00 |
| DAILY HERALD | Unsecured | 66.91 | NA | NA | 0.00 | 0.00 |
| DR STEPHEN CLARK | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| EARLY MOMENTS | Unsecured | 36.91 | NA | NA | 0.00 | 0.00 |
| ERMIL D WAGNER DO PC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 397.82 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 110.57 | 110.57 | 110.57 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 1,339.16 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 251.36 | 251.36 | 251.36 | 0.00 |
| LAKE COUNTY ACUTE CARE | Unsecured | 527.16 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGIST | Unsecured | 132.48 | 132.48 | 132.48 | 132.48 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKE COUNTY HEAD & NECK SPEC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY HEALTH PAIN & REH | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 112.89 | NA | NA | 0.00 | 0.00 |
| LAKE HEART SPECIALISTS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| LSG | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 737.70 | 737.70 | 737.70 | 737.70 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 274.20 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 666.25 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 251.36 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 66.70 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 196.58 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 689.50 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| OB GYN ASSOCS OF LIBERTYVILLE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 359.21 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 331.02 | 292.34 | 292.34 | 292.34 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 577.60 | 577.60 | 577.60 | 577.60 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 53.87 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,829.22 | 3,209.37 | 3,209.37 | 3,209.37 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 28.66 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 640.98 | 290.12 | 290.12 | 290.12 | 0.00 |
| WILLIAM DAM MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,207.24** | **$9,207.24** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,290.11 |
| Disbursements to Creditors | $9,207.24 |
| **TOTAL DISBURSEMENTS** : | **$12,497.35** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/20/2016     By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**